74 A.3d 1024

FRIENDS OF PENNSYLVANIA LEADERSHIP
CHARTER SCHOOL, Petitioner

v.

CHESTER COUNTY BOARD OF ASSESSMENT
APPEALS, Respondent.

Supreme Court of Pennsylvania.

Sept. 9, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 9th day of September, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner are:

(1) Is the retroactive exemption from real estate taxes for charter-school related entities under the provisions of the School Code, 24 P.S. § 17–1722–A(e)(3), constitutional?

(2) Is Petitioner entitled to refund or cancellation of real estate taxes paid or owing for prior tax years pursuant to the provisions of 24 P.S. § 17–1722–A(e)(3)?